# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D21-2483
_____

TINA TOMBERLIN,

Appellant,

v.

FLORIDA DEPARTMENT OF
CORRECTIONS; and JONATHAN
HUTCHINS, in his individual
capacity,

Appellees.

_____

On appeal from the Circuit Court for Escambia County.
Thomas V. Dannheisser, Judge.

September 19, 2022

PER CURIAM.

AFFIRMED.

RAY, NORDBY, and LONG, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Marie A. Mattox and Ashley N. Richardson of Marie A. Mattox, P.A., Tallahassee, for Appellant.

Dana L. Oberhausen of Wade, Palmer & Shoemaker, P.A., Pensacola, for Appellee, Florida Department of Corrections.